# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**   11-cv-02136-RBJ-MJW | FTR - Courtroom A-502 |
| **Date:**   January 11, 2012 | Courtroom Deputy, Cathy Coomes |
| *Parties* | *Counsel* |
| ADOLFO ACOSTA, | Gregory C. Graf (by telephone) |
| Plaintiff(s), | |
| v. | |
| CITY OF AURORA, COLORADO, | Peter R. Morales |
| DETECTIVE CRAIG APPEL, | |
| in his individual and official capacity, | R. Stephen Hall |
| OFFICER MATTHEW J. BRUKBACHER, | Jamie D. Wynn |
| in his individual and official capacity, | |
| OFFICER JASON CHILSON, | |
| in his individual and official capacity, | |
| OFFICER DANIEL IOVINE, | |
| in his individual and official capacity, and | |
| OFFICER JARED LOBATO, | |
| in his individual and official capacity, | |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   TELEPHONIC STATUS CONFERENCE
**Court in Session:**   8:58 a.m.
Court calls case.  Appearances of counsel.

Discussion regarding the Motion to Amend Complaint with Additional Parties (Docket No. 19, filed December 23, 2011) and Defendants' Response to Motion to Amend Complaint with Additional Parties (Docket No. 22, filed January 10, 2012).

**It is ORDERED:**      Plaintiff's MOTION TO AMEND COMPLAINT WITH ADDITIONAL PARTIES [Docket No. **19**, filed December 23, 2011] is **granted** as stated on the record.  *The VERIFIED AMENDED COMPLAINT [Docket No.* ***18****, filed December 23, 2011] is accepted for filing as of the date of this Minute Order.*
The caption in all future filings shall reflect the caption as in the Verified Amended Complaint.

Discussion regarding service on Defendants added in the Verified Amended Complaint. Counsel are directed to meet and confer regarding waivers of service as to the new Defendants.

**It is ORDERED:**     Plaintiff shall forthwith serve all new Defendants.

Discussion regarding initial disclosures received by Plaintiff from the City Defendants.

Mr. Morales states that he will be entering his appearance on behalf of the new Defendants in their official capacities.  Mr. Hall states that his firm will be entering their appearance on behalf of the new Defendants in their individual capacities.

**It is ORDERED:**     A Telephonic Status Conference is set for **March 12, 2012, at 9:00 a.m.**  Mr. Graf shall initiate the conference call by first contacting counsel for Defendants and then contacting this Court's chambers at (303)844-2403 at the designated time.  Counsel should be prepared to discuss the status of discovery and setting a Settlement Conference.

Hearing concluded.
**Court in recess:**     9:17 a.m.
Total In-Court Time 00:19

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or     Toll Free    1-800-962-3345.